for the Fifth Circuit granted. Case transferred to the appellate docket. Petitioner *pro se*. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 47, Misc. BRADY *v.* MARYLAND. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari to the Court of Appeals of Maryland granted. Case transferred to the appellate docket. *John Martin Jones, Jr.* for petitioner. *Thomas B. Finan,* Attorney General of Maryland, and *Thomas W. Jamison III,* Assistant Attorney General, for respondent.

No. 51, Misc. ANDREWS *v.* UNITED STATES; and

No. 217, Misc. DONOVAN *v.* UNITED STATES. Motions for leave to proceed *in forma pauperis* and petitions for writs of certiorari to the United States Court of Appeals for the Second Circuit granted. Cases consolidated and transferred to the appellate docket. Petitioners *pro se*. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Richard W. Schmude* for the United States.

No. 69, Misc. WHEELDIN ET AL. *v.* WHEELER. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit granted. Case transferred to the appellate docket. In briefs and oral argument, counsel are directed to discuss the question of federal jurisdiction. *A. L. Wirin, Fred Okrand* and *Nanette Dembitz* for petitioners. *Solicitor General Cox, Acting Assistant Attorney General Guilfoyle* and *John G. Laughlin, Jr.* for respondent.